UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

FEDERAL INSURANCE COMPANY,

                    Plaintiff,

-against-

FEDEX TRADE NETWORKS TRANSPORT AND
BROKERAGE, INC.,

                    Defendant.

------------------------------------ X

ORDER

20 Civ. 5104 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on November 24, 2020 at 9:30 a.m. is hereby cancelled.

Dated: November 12, 2020
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE