# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and Oh

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

jpk@caseybarnett.com
Direct: 646-362-8925

March

**SO ORDERED**

The conference is adjourned from March 9, 2021 to May 11, 2021 at 9:30 a.m.

*[Signature: George B. Daniels]*

MAR 0 8 2021

**VIA ECF**
Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Federal Insurance Company aso Kidkraft, Inc. v.*
*FedEx Trade Networks Transport & Brokerage, Inc.*
Case Number: 1:20-cv-05104-GBD
Our file: 115-1590

Dear Honorable George B. Daniels:

We represent the Plaintiff, Federal Insurance Company, as the subrogated underwriter of their assured, Kidkraft, Inc. ("Plaintiff"), in the above-referenced matter, and respectfully submit this joint application seeking to adjourn the current date for the Initial Conference before Your Honor which is scheduled for Tuesday, March 9, 2021 at 9:30 a.m. to the scheduled Status Conference Date of March 9, 2021 at 9:30 a.m. [Doc. 16].

The parties continue to address a proposed resolution of this matter and are very close in our settlement positions to the extent we feel we will be able to resolve this matter in short order. In light of the parties actively seeking resolution of this matter through settlement it is respectfully submitted there is no need to conduct the Initial Court Conference on Tuesday, March 9, 2021 at 9:30 a.m. and the parties further respectfully suggest the Initial Court Conference be adjourned to a date convenient to the court in four (4) weeks, to April 6, 2021 at 9:30 a.m.

We thank Your Honor for your kind consideration of the foregoing and the parties look forward to Your Honor's endorsement of the instant joint application to confirm the original Court Conference date of March 9, 2021 at 9:30 a.m. is adjourned to April 6, 2021 at 9:30 a.m.

Respectfully submitted,

CASEY & BARNETT, LLC
/s/ James P. Krauzlis
James P. Krauzlis
*Attorneys for Plaintiff*
*Federal Insurance Company*

Hon. George B. Daniels
United States District Judge

March 5, 2021

cc:
    Floyd G. Cottrell
    COTTRELL SOLENSKY, P.A.
    *Attorneys for Defendant*
    *FedEx Trade Networks Transport & Brokerage, Inc.*
    Three University Plaza, Suite 500
    Hackensack, New Jersey 07601
    fcottrell@cs-njnylawfirm.com