**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FEDERAL INSURANCE COMPANY, *as subragor of* KIDKRAFT, INC.

                Plaintiff,

-against-

FEDEX TRADE NETWORKS TRANSPORT AND BROKERAGE, INC.,

                Defendant.

------------------------------------- x



ORDER

20 Civ. 5104 (GBD)

GEORGE B. DANIELS, District Judge:

In light of the parties' notice that they have reached a settlement in principle, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation and proposed order of settlement or a status report within thirty (30) days of this order.

Dated: May 4, 2021
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE